No. 91–261. BUILDING & CONSTRUCTION TRADES COUNCIL OF THE METROPOLITAN DISTRICT v. ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL.; and

No. 91–274. MASSACHUSETTS WATER RESOURCES AUTHORITY ET AL. v. ASSOCIATED BUILDERS & CONTRACTORS OF MASSACHUSETTS/RHODE ISLAND, INC., ET AL. C. A. 1st Cir. [Certiorari granted, 504 U. S. 908.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–1353. CONROY v. ANISKOFF ET AL. Sup. Jud. Ct. Me. [Certiorari granted, 505 U. S. 1203.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–1496. REITER ET AL. v. COOPER, TRUSTEE FOR CAROLINA MOTOR EXPRESS, INC., ET AL. C. A. 4th Cir. [Certiorari granted, 504 U. S. 907.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–1600. HAZEN PAPER CO. ET AL. v. BIGGINS. C. A. 1st Cir. [Certiorari granted, 505 U. S. 1203.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–1958. HELLING ET AL. v. MCKINNEY. C. A. 9th Cir. [Certiorari granted, 505 U. S. 1218.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–5397. NEGONSOTT v. SAMUELS, WARDEN, ET AL. C. A. 10th Cir. [Certiorari granted, 505 U. S. 1218.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–7358. BRECHT v. ABRAHAMSON, SUPERINTENDENT, DODGE CORRECTIONAL INSTITUTION. C. A. 7th Cir. [Certiorari granted, 504 U. S. 972.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.